208

## STATE of Maine

v.

### Thomas L. HUBLEY.

Supreme Judicial Court of Maine.

Submitted on Briefs March 10, 1988.
Decided March 29, 1988.

Paul Aranson, Dist. Atty., Cumberland County Courthouse, Portland, for State.

Murrough H. O'Brien, Portland, for defendant.

Before McKUSICK, C.J., and NICHOLS, ROBERTS, GLASSMAN, SCOLNIK and CLIFFORD, JJ.

### MEMORANDUM OF DECISION.

Thomas L. Hubley appeals from a judgment of the Superior Court, Cumberland County, affirming a judgment of the District Court, Portland, finding him guilty of assault in violation of 17–A M.R.S.A. § 207 (1983). Contrary to Hubley's contentions, the record on appeal discloses that the trial court properly limited Hubley's cross-examination of the arresting police officers, M.R.Evid. 611(a), and the evidence was sufficient to allow the trial court rationally to find beyond a reasonable doubt that Hubley committed the crime with which he was charged. *State v. Barry*, 495 A.2d 825, 826 (Me.1985).

The entry is:

Judgment affirmed.

All concurring.